FILED

APR 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Barrington K. Brown, Ph.D.
1440 N Street N.W. #804
Washington, D.C. 20005
(202) 667-4544

vs.

The United States
of America

Case: 1:07-cv-00698
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/17/2007
Description: BROWN v. USA

## COMPLAINT

This complaint consists of three parts: (1) background to the complaint, (2) the complaint itself, and (3) the requested remedy. The first two parts will be accompanied by documented evidence.

### (1) Background

As a social scientist, a few years ago, I began writing to the President of the United States, members of the United States Senate, and members of the United States House of Representatives regarding solutions to such problems as the current situation in Iraq and the Israeli-Palestinian conflict. File One, accompanying, exhibits a sample of these letters. Item 1, File One, lists all of the topics included (with the exception of a note on Iran).

On October 28, 2005, I submitted five topics (solutions) to the Office of the House Minority Leader. Item 7, in File One, exhibits a copy of the receipt for this submission. A list of the topics (solutions) of this (10-28-05) submission is also given in item 1, File One.

<u>(2) Complaint</u>

During this time, my condominium apartment has been bugged for sound. This continues.

Further, my condominium apartment has been bugged for sight (vision). This continues.

My telephone is also bugged.

I have also been subjected to significant periods and instances of sleep deprivation. This also

continues.

I first noticed that my apartment was bugged for sound after I sent my first letter to the

President of the United States (dated April 9, 2002), concerning the solution to the Israeli-

Palestinian conflict. I first noticed that my apartment was bugged for sight after my October

28, 2005 submission to the Office of the House Minority Leader.

I consulted with two physicians concerning the problem of sleep deprivation. They are:

> Cedric Poku-Dankwah, M.D.
> Depaul Building
> 1160 Varnum St. N.E., #217
> Washington, D.C. 20017
> (202) 529-6147

> and

> Vernon Smith, M.D.
> 5223 Georgia Avenue N.W.
> Washington, D.C. 20011

> P.O. Box 42541
> Washington, D.C. 20015
> (202) 726-8491

I visited Dr. Poku-Dankwah's office on four (4) occasions concerning this matter: August 18,

2006, August 22, 2006, September 15, 2006, and October 23, 2006. I visited Dr. Smith's

office on two (2) occasions concerning this matter: September 28, 2006 and October 17, 2006.

Not only did I tell Dr. Poku-Dankwah and Dr. Smith about the sleep deprivation, I told them why it was occurring. I also mentioned to both Dr. Poku-Dankwah and Dr. Smith about the bugging of my apartment for sight and sound.

I strongly believe that both Dr. Poku-Dankwah and Dr. Smith were contacted by agents of those who are causing the problems (sleep deprivation, bugging my apartment for sight and sound, etc.). In certain conversations, both Dr. Poku-Dankwah and Dr. Smith seemed somewhat tentative and intimidated. I believe the same concerning some of the personnel in both of these offices.

Since sleep deprivation causes obesity, on my August 22, 2006 visit to his office, Dr. Poku-Dankwah gave me some pills that would curb my appetite under these circumstances. A copy of the box for these pills is exhibited in item 1, File Two.

On my September 15, 2006 visit to his office, Dr. Poku-Dankwah wrote me a prescription for these appetite curbing pills. A copy of the filled prescription label is exhibited in item 2, File Two.

I recently had this prescription refilled; on February 14, 2007. On this occasion, I purchased the generic type pill, rather than the brand. A copy of the refilled prescription label is exhibited in item 3, File Two.

I take one of these pills on  mornings after I have been deprived of sleep the previous night. These pills guard against excessive weight gain due to sleep deprivation.

On my October 23, 2006 visit to his office, I asked for and received from Dr. Poku-Dankwah, a prescription for the sleep medicine, Ambien CR. A copy of this prescription is exhibited in

3

item 4, File Two. I have not had this prescription filled yet, however, preferring to deal with the problem in other ways.

Dr. Smith informed me that it was the sleep deprivation that negatively affected my exercise program. I initially thought that age was negatively affecting my work-outs.

I wish to say at this point, that I have never had a problem with sleep before this period. This is the truth.

To repeat, I have been subjected to extended periods and numerous instances of sleep deprivation, the bugging of my condominium apartment for sound, the bugging of my condominium apartment for sight, and the bugging of my telephone. I have also received a huge number of subtle death threats.

These illegal activities have been undertaken in order that my ideas (solutions) could be obtained at a price significantly below their true value. These illegal activities have also been undertaken against me for general harassment, humiliation, torture, and persecution.

<u>(3) Remedy</u>

I am requesting that the court order a cessation of each and all of these activities. I am requesting that if these activities are continued or occur after the court ordered cessation date, that I be granted financial compensation.

I am also requesting a trial by jury.

Barrington K. Brown

Barrington K. Brown, Ph.D.
1440 N St. N.W. #804
Washington, D.C. 20005

4

FILE

ONE

*Item 1*

**Barrington K. Brown, Ph.D.**
**Brown Research**
1440 N Street, N.W. #804
Washington, D.C. 20005
(202) 667-4544

November 15, 2006

The Honorable Patrick Leahy
United States Senate
433 Russell Office Building
Washington, D.C. 20510

Dear Senator Leahy:

Items submitted to the office of the House Minority Leader (10-28-05):

(1)    Solution to the situation in Iraq.
(2)    Solution to Israeli-Palestinian problem.
(3)    Companion Piece on post 9/11 Middle East policy.
(4)    Solution to the problem of government deficits.
(5)    Method for reducing unemployment.

Items mentioned in my 4-24-06 letter to you:

(6)    Application of the Iraqi Solution
(7)    Supplement to the Israel-Palestinian solution.
(8)    Supplement to the companion piece on post 9/11 Middle East policy.
(9)    Solution to the current Social Security issue.

Other items completed:

(10)   Solution to the problem in Afghanistan
(11)   Solution to the immigration problem on the southern U.S. border
(12)   Additional note on Iraq.

Thank you very much for your time and effort. Looking forward to a favorable response. I am,

Respectfully yours,

Barrington K. Brown

cc: Nancy Pelosi

*Item 2)*

**Barrington K. Brown, Ph.D.**
**Brown Research**
1440 N Street, N.W. #804
Washington, D.C. 20005
(202) 667-4544

January 9, 2006

President George W. Bush
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

Dear President Bush:

As I mentioned to you in a letter dated December 20, 2005 (copy enclosed),
on October 28, 2005, I submitted to the Office of the House Minority
Leader, among other items, <u>The Solution to the Present Iraqi Problem</u>. As
I also mentioned to you in that letter, I am attempting to submit an
application of these ideas (Application of the Iraqi Solution). So far, these
attempts have been unsuccessful.

How, and where, can I submit these ideas as soon as possible? The
situation in Iraq can be handled more effectively. Time is of the essence.

Thank you very much for your time and efforts. Looking forward to a
favorable response. I am,

Respectfully yours,

Barrington K. Brown

cc:
Senator John McCain
Senator Lindsey O. Graham
Senator Carl M. Levin
Rep. Nancy Pelosi

Senator Patrick Leahy
Senator Joseph R. Biden, Jr.
Senator Olympia J. Snowe
Senator Chuck Hagel

*Item 3*

**Barrington K. Brown, Ph.D.**
**Brown Research**
1440 N Street, N.W. #804
Washington, D.C. 20005
(202) 667-4544

July 8, 2005

TO:        Cortney

FR:        Barrington K. Brown, Ph.D.

RE:        Appointment with Nancy Pelosi

It was suggest that I contact you with regard to scheduling an appointment with Congresswoman Nancy Pelosi concerning items I related to her in a letter dated November 11, 2004. These items include:

1.    The methodology for significantly reducing government deficits.

2.    The methodology for significantly reducing the rate of unemployment.

3.    The methodology for solving the Israeli-Palestinian Conflict.

4.    The methodology for establishing a stable democracy in Iraq and significantly decreasing the United States military presence there.

5.    A companion piece on Post-9/11 Middle East policy.

The last three items are of particular importance now in light of yesterday's terrorist bombings in London.

I can be reached by telephone at (202) 667-4544 at your convenience or if it is more convenient, you may reach me, by mail at the address above, on the letterhead. Thank you very much for your time and efforts in scheduling this appointment. Looking forward to a favorable response, I am

Respectfully yours,

Barrington K. Brown

Barrington K. Brown, Ph.D.

*Item 4*

**Barrington K. Brown, Ph.D.**
**Brown Research**
1440 N Street, N.W. #804
Washington, D.C. 20005
(202) 667-4544

August 23, 2004

The Honorable John McCain
United States Senate
241 Russell Senate Office Building
Washington, D.C. 20510

Dear Senator McCain:

As an economist/social scientist, I develop solutions to human problems based upon the application of social science. Applied social science, the development of human technology, is based upon the fact that laws of human nature are no less fixed than laws of physical nature. In concept, the development of human technology is analogous to the development of physical technology.

The solutions I have developed include:

1.      The methodology for solving the Israeli-Palestinian conflict.

2.      The methodology for establishing a stable democracy in Iraq and significantly decreasing the United States' military presence there.

3.      The methodology for significantly reducing the rate of unemployment.

4.      The methodology for significantly reducing government deficits (federal, state and local).

I have sent letters to the President of the United States informing him of these solutions. I have also sent letters to all of the members of the appropriate subcommittees in the United States Senate and the United States House of Representatives informing them of these solutions.

These ideas and concepts can be viewed by you and your colleagues at any time. In order that these ideas and concepts be protected, I would need three authorized signatures on a form similar to the form that is enclosed in this letter.

4

Thank you very much for your time and efforts.  Looking forward to a favorable response, I am

Respectfully yours,

Barrington K. Brown

*Item 5*

**Barrington K. Brown, Ph.D.**
**Brown Research**
**1440 N Street, N.W. #804**
**Washington, D.C. 20005**
**(202) 667-4544**

November 3, 2003

The President of the United States
The White House
Washington, D.C. 20500

Dear Mr. President:

I have developed solutions, to several prominent problems, which are based upon the application of social science. Applied social science, the development of human technology, is based upon the fact that the laws of human nature are no less fixed than the laws of physical nature.

These solutions include:

(1) The methodology for solving the Israeli-Palestinian Conflict. The Israeli-Palestinian problem is worsening and, given current United States policy, will continue into the foreseeable future.

(2) The methodology for establishing a stable democracy in Iraq and significantly decreasing the United States military presence there. Given current United States policy with regard to Iraq, there is no end in sight.

(3) Methodology for significantly reducing the rate of unemployment. Current employment policy is highly inefficient and the high rate of unemployment is likely to continue for some time.

(4) Reducing the government deficit at the federal, state and local levels. This solution was presented to the government of the District of Columbia.

Each of these items, <u>which are individually priced</u>, are far in advance of anything that has been proposed or applied to date. Further, each of these solutions can be obtained and reviewed by you at no cost to the government. Remuneration will only be forthcoming if you find these ideas useful and decide to apply them. In any case, I will retain the rights of authorship to these ideas.

Page 1 of 2

5

A copy of these solutions can be obtained by providing me with a note of receipt similar to the one I received from the government of the District of Columbia regarding the solution to the government deficit problem.  A copy of this receipt is enclosed.

Looking forward to a favorable response, I am

Respectfully yours,

Barrington K. Brown

Day and Evening
Telephone number
(202) 667-4544

*Item 6*

**Barrington K. Brown, Ph.D.**
**Brown Research**
1440 N Street, N.W. #804
Washington, D.C. 20005
(202) 667-4544

### Social Science and The Development of Human Technology

The study of philosophy reveals that man exists in a universe based upon parameters and that existence exists independent of any observer. Thus, reality is based upon laws, and nature exits independent of consciousness. Man can ignore reality or suspend or evade his perception of it, but man cannot escape the consequences of its misuse, or avoid the disasters that follow.

That laws are the givens in nature and are, thus, parameters is acknowledged and understood with regard to physical nature, but is neither acknowledged nor understood, and is often denied with regard to human nature. Laws of human nature are no less fixed than laws of physical nature.

Social sciences are based on natural laws in the same way that physical sciences are based on natural law, in that there are regularly observable sequences of occurrences in which effect can be derived from cause. A society consists of human beings whose individual behavior may be difficult to predict, but when individuals are viewed in the aggregate, certain laws begin to appear. Again, laws of human nature are no less fixed than laws of physical nature.

The function of any science is to discover the truth; truth being the recognition of reality. In seeking the truth, the social scientist formulates generalizations regarding cause and effect relations. These discoveries and generalizations can be engineered into workable human technology.

Any technology, to be useful, must be consistent with the laws of reality. Physical technology, to be useful, must be consistent with the laws of physical reality. Human technology, to be useful, must be consistent with the laws of human reality. Nature can be made to serve man's purpose only if man recognizes and discovers its laws and properties and apply them accordingly.

The development of human technology is as important in overcoming economic, social, and political distances as is the development of physical technology in overcoming physical distances. Each requires the recognition of laws and properties of nature, and their appropriate applications. For example, the developments in transportation and communication, through the discovery of knowledge and its application, has enabled man to overcome tremendous physical distances. Without these discoveries, no amount of wishful thinking could have matched these accomplishments. So it is with developments in the human area.

Item 7

1. Full Employment Policy (FSA)    4. Israeli-Palestinian Conflict Solution (IPCP)
2. Fed. Budget Deficit Elimination (FBB)    5. Iraqi Problem Solution (RIOP)
3. Companion Piece-Post 9-11 Policy

## Title of Projects

_____

Date: Oct. 28, 2005

We the Undersigned have on this 2 8ᵗʰ day of _____October_____,
                                                    month

2 0 0 5_____ accepted from Dr. Barrington K. Brown copies of ideas and
        year

concepts devised and prepared by Dr. Barrington K. Brown with a Commitment to

read and evaluate for contract potential.

**Authorized signatures**                    **Name of organizational unit**

Mw Sleeely                                    Office of House Democratic Leader

_____                      _____

_____                      _____


**Representatives for Dr. Brown**            **Dr. Barrington K. Brown,**
                                             **Author and original**
                                             **owner of Concepts**

                                             Barrington K. Brown

_____                      _____

_____                      _____

FILE
TWO







*Item 2*



**CVS/pharmacy**

#1341 Ph:202.628-0720

BROWN,BARRINGTON
1440 N ST NW
WASHINGTON, DC 20005-0000

Rx: **754294**

PRESCRIBER:
DANKWAH,CEDRID

TAKE 1 TABLET BY MOUTH
ONCE DAILY

ZOLOFT 50 MG TABLET ROE
PFIZER US PHARM

Refillable 6 times before 09-15-2007  Qty:30   TA
RPh:YVETTE T. FULGUERAS     Tech:LS
Date Filled:09-15-2006   Orig Date:09-15-2006   Dircard After:09-15-2007

*Item 3*



Item 4

DEA # _____

**CEDRIC POKU-DANKWAH, M.D.**
FAMILY PHYSICIAN
1160 VARNUM STREET, N.E.
SUITE 217
WASHINGTON, DC 20017
202-529-6147
DC LIC No. 16481

NAME _BROWN BARRINGTON_

ADDRESS _____ DATE _10/23/06_

**℞** (Please Print)

Ambien CR 12.5mg

Disp # 80

Triple Sig T po QD

☐ LABEL

REFILL _3_ TIMES    PRN    NR

_____ M.D.

TO INSURE BRAND NAME DISPENSING PRESCRIBER MUST WRITE 'DISPENSE AS WRITTEN'
ON THE PRESCRIPTION.

22-AUG-06                    TR060822_100178501-36_01_53251_0001

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

BARRINGTON K. BROWN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  G
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
BARRINGTON K. BROWN
1440 N STREET N.W, #804
WASHINGTON, D.C. 20005
(202) 667-4544

**DEFENDANTS** UNITED STATES OF AMERICA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-00698
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/17/2007
Description: BROWN v. USA

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff))
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (If not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☒ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☒ 444 Welfare ☒ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

ATTEMPTED EXTORTION, ILLEGAL ELECTRONIC SURVEILLANCE

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

18 USC § 1951, 18 USC § 872, 18 USC § 2520: attempted Extortion, Harassment & other Illegal Elec, Surveillance

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☐ NO If yes, please complete related case form.

DATE April 17, 2007    SIGNATURE OF ATTORNEY OF RECORD Barrington K Brown

JTC

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd