United States District Court
For the District of Columbia

Barrington K. Brown, Ph.D.

vs.

07 0698 (RMC)

The United States
of America

RECEIVED
MAY 11 2007
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

## Affidavit of Service

I, Barrington K. Brown, hereby declare that on the 19th day of April, 2007, I mailed a copy of the Summons and Complaint, Certified mail return receipt requested, to the U.S. Attorney General. Attached hereto is the Certified green Card acknowledging service.

Barrington K. Brown
BARRINGTON K. BROWN
1440 N STREET N.W. #804
WASHINGTON, D.C. 20005
(202) 667-4544

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): APR 23 2007    C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. ATTORNEY GENERAL<br>950 PENNSYLVANIA<br>AVENUE N.W.<br>WASHINGTON, D.C.<br>20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0001 7525 5622 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540