United States District Court
For The District of Columbia

Barrington K. Brown, Ph.D.
                VS.

The United States
of America

                                    070698 (RMC)

Affidavit of Service

I, Barrington K. Brown, hereby declare
that on the 19th day of April, 2007,
I mailed a copy of the Summons and
Complaint, Certified Mail return receipt
requested, to the U.S. Attorney for the District
of Columbia. Attached hereto is the certified
green card acknowledging service.

                    Barrington K. Brown
                    BARRINGTON K. BROWN
                    1440 N STREET N.W. #804
                    WASHINGTON, D.C. 20005
                    (202) 667-4544

RECEIVED

MAY 11 2007

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT


**UNITED STATES POSTAL SERVICE**

---

**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7005 1820 0001 7525 5653**

---

### This item was delivered on 05/07/2007 at 10:40



| Signature: | |
|---|---|
| Address: | |

---

**Enter Request Type and Item Number:**

**Quick Search** ⦿    **Extensive Search** ○

Explanation of Quick and Extensive Searches

[                                    ]

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.



**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0001 7525 5653**
Detailed Results:

- **Delivered, May 07, 2007, 10:40 am, WASHINGTON, DC 20530**
- **Notice Left, May 07, 2007, 10:36 am, WASHINGTON, DC 20530**
- Forwarded, May 02, 2007, 10:22 am, WASHINGTON, DC
- **Arrival at Unit, May 02, 2007, 10:21 am, WASHINGTON, DC 20001**
- **Acceptance, April 19, 2007, 3:58 pm, WASHINGTON, DC 20091**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS        site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



## Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** 7005 1820 0001 7525 5653

**Service Calculation Acceptance Date/Time:** 04/19/2007 15:58

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 20001 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 20091-9998 | **City:** WASHINGTON | **State:** DC |

**Class:** First Class

**Anticipated Delivery Date:** 04/20/2007

**Weight:** 0 lb(s) 5 oz(s)        **Postage:** $1.35

**Firm Book ID:** 5103 0SGS H329 0000 1307

**Delv Rqmt:** Normal        **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7005 1820 0001 7525 5653 | $2.40 |
| RETURN RECEIPT | | $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 05/07/2007 10:40 | WASHINGTON, DC 20530 | 030SGSE657 |
| | Firm Name: JUSTICE 20530 PU | | |
| | Recipient: 'A JENNINGS' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| NOTICE LEFT | 05/07/2007 10:36 | WASHINGTON, DC 20530 | 030SGSH329 |
| ARRIVAL AT UNIT | 05/07/2007 09:50 | WASHINGTON, DC 20022 | 030SGSH329 |
| FORWARDED | 05/02/2007 10:22 | WASHINGTON, DC 20001 | 030SGSD439 |
| ARRIVAL AT UNIT | 05/02/2007 10:21 | WASHINGTON, DC 20001 | 030SGSD439 |
| ACCEPT OR PICKUP | 04/19/2007 15:58 | WASHINGTON, DC 20091 | |

Enter Request Type and Item Number:

Quick Search ⦿        Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*