UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARRINGTON K. BROWN,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0698 (RMC) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the Defendant in the above-captioned case.

Respectfully submitted,

/s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice of Appearance was made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

BARRINGTON K. BROWN
1440 N Street, N.W., # 804
Washington, DC 20005

on this 30th day of May, 2007.

    /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895