UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARRINGTON K. BROWN,**  )<br>   )<br>         Plaintiff,   )<br>   v.  )<br>   )<br>**UNITED STATES OF AMERICA,**  )<br>   )<br>         Defendant.   )<br>   ) | Civil Action No. 07-0698 (RMC) |

**DEFENDANT'S NOTICE OF CONSENT TO
PROCEED BEFORE A MAGISTRATE JUDGE**

Defendant has agreed to proceed with this matter before a Magistrate Judge for all purposes and has, through the undersigned, executed the Consent form. In order for this matter to be referred to a Magistrate Judge for all purposes, however, the Plaintiff must also consent. Accordingly, Defendant has mailed a copy of the consent form to Plaintiff for his review and approval. *See* Gov. Exh. A.

Dated: June 6, 2007.                    Respectfully submitted,

  Jeffrey A. Taylor  
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  Rudolph Contreras  
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  s/Sherease Louis  
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARRINGTON K. BROWN,** )<br>)<br>Plaintiff, )<br>v. )   Civil Action No. 07-0698 (RMC)<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Defendant. )<br>_____) | |

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Defendant's Notice of Consent to Proceed Before a Magistrate Judge was made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

BARRINGTON K. BROWN
1440 N Street, N.W., # 804
Washington, DC 20005

on this 6th day of June, 2007.

/s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 6, 2007

<u>VIA FIRST-CLASS MAIL</u>

Barrington K. Brown
1440 N Street, N.W., # 804
Washington, DC 20005

    Re:   <u>**Brown v. United States of America**</u>, Civil No.: 07-0698 (RMC)

Dear Mr. Brown,

    Pursuant to the provisions of 28 U.S.C. § 636(c)(3), the parties may elect to proceed, for all purposes, before a Magistrate Judge. The advantages of electing to proceed before a Magistrate Judge are described in the attached "Notice of Right to Consent to Trial Before United States Magistrate Judge." I have signed the Consent form agreeing to proceed in front of the Magistrate Judge in this matter.

    Please review the enclosed election form, entitled "Consent to Proceed Before a United States Magistrate" and, if you so elect, please sign the form and return it to me in the enclosed postage-prepaid envelope. I will file the Consent form with the Court.

                              Sincerely,
                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY

By:     *[signature]*
        Sherease Louis
        Special Assistant United States Attorney

Enclosures



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARRINGTON K. BROWN,            )
                                )
        Plaintiff,              )
                                )
        v.                      )      Civil Action No. 07-0698 (RMC)
                                )
                                )
UNITED STATES OF AMERICA,       )
                                )
        Defendant.              )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(C)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial

_____          _____
Attorney for the Plaintiff                Date

_/s/ Sherease Louis_____          June 6, 2007_____
Sherease Louis, SAUSA                     Date
Attorney for the Defendant

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(C)(3) and the foregoing consent of the parties.

_____          _____
United States District Judge              Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE
        CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

NOTICE OF RIGHT TO CONSENT TO TRIAL
BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

**WHAT IS THE PROCEDURE?**

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are <u>not</u> foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

**WHAT IS THE ADVANTAGE?**

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99
