UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Barrington K. Brown, Ph.D.<br>1440 N Street N.W. #804<br>Washington, D.C. 20005<br>(202) 667-4544<br><br>vs.<br><br>The United States<br>of America | )<br>)<br>)<br>)<br>)<br>)  07 00698 (RMC)<br>)<br>)<br>) |

### Plaintiff's Opposition to Defendant's Motion to Dismiss

I hope that the Court determines that the complaint was written with the greatest degree of brevity, given the circumstances, and clarity.

The charges presented in the complaint rises to a level sufficient to obtain a cessation order by the court. The complaint further states "that if these activities are continued or occur after the court ordered cessation date", that I receive financial compensation.

*Barrington K. Brown*
Barrington K. Brown, Ph.D.
1440 N St. N.W. #804
Washington, D.C. 20005
(202) 667-4544

**RECEIVED**

JUN - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Barrington K. Brown, Ph.D.<br>1440 N Street N.W. #804<br>Washington, D.C. 20005<br>(202) 667-4544<br><br>vs.<br><br>The United States<br>of America | )<br>)<br>)<br>)<br>)<br>)   07 00698 (RMC)<br>)<br>)<br>) |

---

### Certificate of Service

I hereby certify that on this 8th day of June, 2007, I caused the foregoing to be served first class mail, addressed as follows:

Sherease Louis
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W. Civil Division
Washington, D.C. 20530

*Barrington K. Brown*
_____
Barrington K. Brown, Ph.D.
1440 N St. N.W. #804
Washington, D.C. 20005
(202) 667-4544