UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARRINGTON K. BROWN, Ph.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-00698 (RMC) |
| ) | |
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that, Defendant's Motion to Dismiss is **GRANTED** and Plaintiff's complaint is hereby **DISMISSED** without prejudice. It is

**FURTHER ORDERED** that Plaintiff may file an amended complaint that complies with Fed. R. Civ. P. 8(a) no later than November 19, 2007.

**SO ORDERED**.


DATE: October 19, 2007                    /s/
                                          ROSEMARY M. COLLYER
                                          United States District Judge