**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARRINGTON K. BROWN, Ph.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:07CV0698 (RMC) |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Christopher B. Harwood and remove the appearance of Special Assistant United States

Attorney Sherease Louis as counsel of record for Defendant in the above-captioned action.

Dated: November 28, 2007                  Respectfully submitted,


                                         /s/ Christopher B. Harwood
                                         CHRISTOPHER B. HARWOOD
                                         Assistant United States Attorney
                                         555 Fourth St., N.W.
                                         Washington, D.C. 20530
                                         Phone: (202) 307-0375
                                         Fax: (202) 514-8780
                                         Christopher.Harwood@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November, 2007, I caused the foregoing Notice of

Substitution of Counsel to be filed via the Court's Electronic Case Filing system, and to be served

upon Plaintiff by first-class mail, postage prepaid, addressed as follows:

BARRINGTON K. BROWN
1440 N. Street, N.W., # 804
Washington, D.C. 20005

      /s/   Christopher B. Harwood
CHRISTOPHER B. HARWOOD