UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BARRINGTON K. BROWN, Ph.D.** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil Action No. 07-698 (RMC) |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## ORDER

On October 19, 2007, the Court granted Defendant United States' Motion to Dismiss and dismissed Plaintiff's Complaint without prejudice. *See* Dkt. # 9. The Court ordered that Plaintiff was permitted to file, by no later than November 19, 2007, an amended complaint that complied with Federal Rule of Civil Procedure 8(a). *Id*. In an accompanying Memorandum Opinion, the Court explained that Plaintiff's failure to file an amended complaint may lead to his case being closed. *See* Dkt. # 8 at 3. Plaintiff has not filed an amended complaint. It is hereby

**ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice. Accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.


DATE: December 10, 2007                          /s/
                                                 ROSEMARY M. COLLYER
                                                 United States District Judge